UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-MJ-1625-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| OMAR VARGAS | : | |
| | : | |

This cause is before the Court on the Government's Motion to Dismiss the Criminal Complaint because the defendant is now deceased.

Therefore, for good cause shown, the Criminal Complaint charging this defendant is hereby dismissed.

This <u>8th</u> day of November, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Judge